HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDREW WONG, CA Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE LUIS RAMIREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE LUIS RAMIREZ, JR.<br><br>  Defendant. | Case No. 1:17-mj-00168 SAB<br><br>**MOTION TO WITHDRAW  DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND VACATE EVIDENTIARY HEARING OF APRIL 6, 2018, AT 10:00 A.M. ORDER THEREON**<br><br>Judge: Hon. Stanley A. Boone |

TO:   MCGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND
      DARIN ROCK, ASSISTANT UNITED STATES ATTORNEY,
      COUNSEL FOR PLAINTIFF:

   Defendant JOSE LUIS RAMIREZ, JR. through his counsel of record, Andrew Wong, Assistant Federal Defender, hereby requests of this court to withdraw the Motion to Suppress Evidence filed on January 24, 2018 and to vacate the evidentiary hearing currently set for April 6, 2018 at 10:00 a.m.

   The parties have reached a resolution. The Government does not oppose either request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2018

/s/ *Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Counsel for Defendant
JOSE LUIS RAMIREZ, JR.

# O R D E R

**IT IS HEREBY ORDERED** that the Motion to Suppress Evidence filed January 24, 2018 is withdrawn and the April 6, 2018 evidentiary hearing is vacated.

IT IS SO ORDERED.

Dated:   **March 30, 2018**

_____
UNITED STATES MAGISTRATE JUDGE