1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDREW WONG, Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorney for Defendant
   JOSE LUIS RAMIREZ, JR.
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  ) Case No. 1:17-mj-00168 SAB
                                )
12 |         *Plaintiff*,       ) **STIPULATION TO ADVANCE STATUS**
                                ) **CONFERENCE; ORDER**
13 | vs.                        )
                                ) Date: April 5, 2018
14 | JOSE LUIS RAMIREZ, JR.,    ) Time: 10:00 a.m.
                                ) Judge: Hon. Stanley A. Boone
15                              )
                                )
16 |         *Defendant*.       )

17    **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and

19 Assistant Federal Defender Andrew Wong, counsel for defendant Jose Luis Ramirez, Jr., that a

20 status conference be advanced to April 5, 2018, at 10:00 a.m.

21    The parties have reached an agreement and wish to resolve this matter.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 30, 2018       /s/ Darin Rock
DARIN ROCK
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2018       /s/ Andrew Wong
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
JOSE LUIS RAMIREZ, JR.


**O R D E R**

**IT IS SO ORDERED.** A status conference is hereby advanced to April 5, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 2, 2018**

UNITED STATES MAGISTRATE JUDGE