| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, CA Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
JOSE LUIS RAMIREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-00168-SAB |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO TRANSFER FIRST** |
| | ) | **TIME DUI OFFENDER PROGRAM;** |
| vs. | ) | **ORDER** |
| | ) | |
| JOSE LUIS RAMIREZ, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney, counsel for the plaintiff and Assistant Federal Defender Andrew Wong, counsel for Jose Luis Ramirez, Jr., that Mr. Ramirez is permitted to completed his First Time DUI Offender Program in Los Angeles County.

On April 10, 2018, the Court sentenced Mr. Ramirez. One of his probation conditions is to complete the First Time DUI Offender Program through the California Department of Motor Vehicles, by January 1, 2019.

Mr. Ramirez currently resides in Los Angeles County and would like to complete the program at a location that is convenient to him. He has diligently saved his money and now has the funds to successfully pay all required program fees.  Mr. Ramirez's provider of choice, and the one nearest to his house, requires a court order allowing Mr. Ramirez to complete the DUI program outside of his county of conviction.  Without this order, Mr. Ramirez's chosen provider will not

allow him to enroll in its DUI program. The parties are in agreement to permit Mr. Ramirez to attend his First Time DUI Offender Program in Los Angeles County in order for him to complete the program by January 1, 2019 and fulfill one of the mandatory conditions of his probation sentence.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: July 31, 2018    */s/ Michael Tierney*
Michael Tierney
Assistant Unites States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 31, 2018    */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
JOSE LUIS RAMIREZ, JR.

# O R D E R

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, Mr. Ramirez may complete his First Time DUI Offender Program through the California Department of Motor Vehicles in Los Angeles County, where he resides.

IT IS SO ORDERED.

Dated:  **July 31, 2018**

UNITED STATES MAGISTRATE JUDGE