| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JOSE L. RAMIREZ, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-mj-00168-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| JOSE L. RAMIREZ, JR., | Date:    January 16, 2020 |
| | Time:    10:00 a.m. |
| Defendant. | Judge:   Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, Counsel for Plaintiff, and Assistant Federal Defender Matthew Lemke, Counsel for Defendant, Jose L. Ramirez, Jr., that the sentencing hearing currently set for January 16, 2020, may be rescheduled to February 20, 2020, at 10:00 a.m.

The reason for this request is that defense counsel needs additional time to obtain records and speak with Mr. Ramirez.  The requested date is a mutually agreeable date for both parties.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| | Respectfully submitted, |
| | MCGREGOR W. SCOTT<br>United States Attorney |
| Dated: January 10, 2020 | /s/ *William Taylor*<br>WILLIAM TAYLOR<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: January 10, 2020 | /s/ *Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOSE L. RAMIREZ, JR. |

**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause. The sentencing hearing as to Jose L. Ramirez, Jr. currently set for January 16, 2020 is continued to February 20, 2020, at 10:00 a.m., in Courtroom 4 before Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **January 13, 2020**

UNITED STATES MAGISTRATE JUDGE