UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS RAMIREZ, JR.,<br><br>Defendant. | No. 1:20-cr-00188-NODJ BAM<br><br>ORDER TO SHOW CAUSE WHY MISDEMEANOR APPEAL SHOULD NOT BE DISMISSED<br><br>(Doc. No. 52) |

On October 22, 2020, counsel on behalf of defendant Ramirez filed a notice of appeal from a magistrate judge's decision denying the parties' stipulation to modify the terms of defendant's probation. (Doc. No. 52.) On that same date the court issued an order setting a briefing schedule on appeal which required the defendant-appellant's opening brief to be filed within 21 days after the filing of the appropriate transcripts or certificate stating that no transcripts would be ordered. (Doc. No. 54.) However, no transcripts, certificate stating no transcripts would be ordered or opening brief by defendant-appellant were ever filed with the court. The case has since been twice reassigned to different district judges. (Doc. Nos. 56, 57.) Moreover, it appears defendant's term of probation expired on February 22, 2022. (Doc. No. 45.)

Under these circumstances, which have recently come to the attention of the court, counsel for defendant-appellant Ramirez are hereby directed to show cause within 14 days of the

/////

1

date of this order why this misdemeanor appeal should not be dismissed as having been rendered moot and this case ordered closed.

IT IS SO ORDERED.

Dated: __**January 10, 2024**__                              _/s/ Dale A. Drozd_
                                                             UNITED STATES DISTRICT JUDGE