UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JOSE LUIS RAMIREZ, JR.,<br><br>              Defendant. | No.  1:20-cr-00188-NODJ BAM<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. No. 60) |

On January 12, 2024, the court issued an order requiring defendant to show cause in writing why this misdemeanor appeal should not be dismissed as having been rendered moot. (Doc. No. 58.)  On January 31, 2024, counsel on behalf of defendant responded to the order to show cause (Doc. No. 59) and on February 1, 2024, defendant filed a notice of withdrawal of the appeal.  Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 9, 2024**                                   _Dale A. Drozd_
                                                                                UNITED STATES DISTRICT JUDGE

1